UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>LIZBETH GUTIERREZ (1),<br><br>          Defendant. | CASE NO. **13CR0161-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal, without prejudice; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

21 USC 952, 960 - IMPORTATION OF METHAMPHETAMINE

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

                              _____
                              HONORABLE JANIS L. SAMMARTINO
                              UNITED STATES DISTRICT JUDGE